O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| NIJJAR REALTY, INC., | ) | Case No. CV 12-08148 DDP (JCGx) |
| Plaintiff, | ) | **JUDGEMENT** |
| v. | ) | |
| GENERAL STAR INDEMNITY COMPANY, | ) | |
| Defendant. | ) | |

IT IS ORDERED AND ADJUDGED that the Plaintiff Nijjar Realty, Inc. take nothing, that the action be dismissed on the merits, and that Defendant General Star Indemnity Company recover its costs.

IT IS SO ORDERED.

Dated: August 22, 2014

DEAN D. PREGERSON
United States District Judge